UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>COOKIES BY DESIGN, INC.<br><br>　　　　　　　Defendant. | Case No: 1:22-cv-5440<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:　Forest Hills, New York
　　　　October 26, 2022

| | |
|---|---|
| **Mars Khaimov Law, PLLC**<br><br>By: _____<br>Mars Khaimov, Esq.<br>10826 64th Avenue, Second Floor<br>Forest Hills, New York 11375<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | **Blank Rome LLP**<br><br>By: _____<br>Martin S. Krezalek, Esq.<br>1271 Avenue of the Americas<br>New York, NY 10020<br>martin.krezalek@blankrome.com<br>*Attorneys for Defendant* |